UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ITS FINANCIAL, LLC, | Case No. 3:10-cv-41 |
| Plaintiff, | Judge Timothy S. Black |
| vs. | |
| ADVENT FINANCIAL SERVICES, INC., *et al.*, | |
| Defendants. | |

| | |
|---|---|
| NOVASTAR FINANCIAL, INC. | Case No. 3:11-cv-130 |
| Plaintiff, | Judge Timothy S. Black |
| vs. | |
| FESUM OGBAZION, *et al.*, | |
| Defendants. | |

**ORDER GRANTING THE JOINT MOTION TO CONSOLIDATE (DOC. 57)**

This civil case is before the Court on the parties' Joint Motion to Consolidate. (Doc. 57). Upon the consent of the parties, and for good cause shown, cases 3:10-cv-41 and 3:11-cv-130, the parties' Motion is **GRANTED** and these cases are hereby **CONSOLIDATED** for all purposes under the lower docket number, 3:10-cv-41. All future filings shall be made in Consolidated Case No. 3:10-cv-41.

The Calendar Order set forth in Case No. 3:10-cv-41 (Doc. 40) shall govern the consolidated proceedings, except that the deadline to file motions directed to the pleadings/partial summary judgment is hereby extended to May 13, 2011.

**IT IS SO ORDERED.**

Date: 5/5/11

Timothy S. Black
United States District Judge